BARBARA STARTZ, as Administratrix, etc., Respondent, v. THE PENNSYLVANIA AND NEW YORK CANAL AND RAILROAD COMPANY et al., Appellants.

(Argued October 25, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made December 28, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Frank Brundage* for appellants.

*George F. Brownell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.